IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

THOMAS LILE WINNINGHAM,
ADC #134160                                                                                              PLAINTIFF

v.                                         1:08CV00007 JMM/HDY

KEITH BOWERS, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of March, 2008.

_____
United States District Judge